**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1669

MARK A. WARD,

Plaintiff - Appellant,

versus

PETER E. MALONEY, Plan Administrator for Lin
Television Corporation,

Defendant - Appellee.

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham. William L. Osteen, District
Judge. (CA-03-1170-1)

Submitted: December 15, 2005          Decided: December 20, 2005

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mark A. Ward, Appellant Pro Se. William McCardell Furr, Andrew R.
Fox, WILLCOX & SAVAGE, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mark A. Ward appeals the district court judgment granting Peter Maloney's motion for a judgment on the pleadings. We have reviewed the record and the district court memorandum opinion and affirm for the reasons of the district court. See Ward v. Maloney, CA-03-1170-1 (M.D.N.C. May 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED